# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3847

_____

Franklin H. Burch,

        Appellant,

    v.

Kansas City School District; Kansas
City Federation of Teachers &
School Related Personnel Local 691,
AFL-CIO; Judy Morgan; Delores
Pittman; Rex Hull,

        Appellees.

Appeal from the United States
District Court for the Western
District of Missouri.

[UNPUBLISHED]

_____

Submitted: April 30, 2003

Filed: May 12, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Franklin H. Burch appeals the district court's[*] adverse grant of summary judgment in Burch's employment-related lawsuit. After careful review of the record, see Eddings v. City of Hot Springs, Ark., 323 F.3d 596, 600 (8th Cir. 2003) (standard

_____

[*]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

of review), we affirm for the reasons stated in the district court's thorough and well-reasoned opinion, <u>see</u> 8th Cir. R. 47B, and we also deny Burch's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.